**FILED**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

FEB 1 4 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| SEBASTIAN DOMINGO BACILIO-SEBASTIAN; RAUL US CASTRO; WILDER XITUMUL-GARCIA; AND MANUEL SANTIAGO-LAINES, | §<br>§<br>§<br>§<br>§ |
| Petitioners, | §<br>§ |
| v. | §<br>§ |
| JEFFERSON B. SESSIONS III, Attorney General of the United States; ROSE THOMPSON, Warden of the Karnes County Residential Center; BUDD RATLIFF, Acting Assistant Field Office Director for the San Antonio District of Immigrations and Customs Enforcement ("ICE"); DANIEL BIBLE, Field Office Director for the San Antonio District of ICE; RONALD D. VITIELLO, Deputy Director and Acting Director of ICE; KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security ("DHS"); and GEO GROUP, INC., | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL NO. 18-CV-793-XR<br>§<br>§<br>§<br>§<br>§ |
| Respondents. | §<br>§<br>§ |

## JUDGMENT

Pursuant to this Court's Dismissal Order dated November 29, 2018, and upon receipt of Respondents' compliance with this Court's Order requiring that they provide Petitioners and/or their attorneys with written notice that their parole was terminated as required by 8 C.F.R. § 212.5(e), the 28 U.S.C. § 2241 Habeas Corpus Petition filed by Petitioners Bacilio-Sebastian, Castro, Xitumul-Garcia, and Santiago-Laines is **DISMISSED WITH OUT PREJUDICE AS MOOT** with each party to bear their own costs. This case is now closed.

It is so ORDERED.

**SIGNED** this ____ day of February, 2019.

**XAVIER RODRIGUEZ**
**UNITED STATES DISTRICT JUDGE**